Granted in part. This case is stayed pursuant to standing order. Plaintiff shall file her brief the later of 30 days from entry of this order or within five days of the end of the government shutdown.

SO ORDERED:

10/3/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ANNABELLE GARCIA,

Plaintiff,

vs.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

Defendant.
---------------------------------------------------------x

Case No.: 1:25-cv-05420-KPF-RWL

# MOTION FOR AN EXTENSION OF TIME TO FILE THE PLAINTIFF'S BRIEF / MOTION

Plaintiff, by and through her attorney of record, BRYAN KONOSKI, hereby moves for an extension of time to file the Plaintiff's Brief/Motion, and shows unto the Court as follows:

1. I am a Partner with Konoski & Partners, PC.
2. I am the Plaintiff's attorney.
3. The Plaintiff's brief is due October 2, 2025.
4. I am requesting that the Court grant a thirty (30) day extension of time to file the Plaintiff's brief. This is the Plaintiff's first request for an extension of time.
5. The reason for the extension request is that the Federal Government is currently shut down due to a lapse in funding.
6. The Defense counsel is not available due to the shutdown, so I cannot ask them what their position would be with respect to the request for an extension of time.
7. For these reasons, I kindly ask that the Court grant an extension of time to November 2, 2025, to file the Plaintiff's brief.

Dated: October 2, 2025

                                    Respectfully submitted,

                                    <u>s/ Bryan Konoski</u>

                                    By: Bryan Konoski, Esq.
*Attorney(s) for the Plaintiff*
Konoski & Partners, PC
180 Tices Lane
Suite 204, Building A
East Brunswick, NJ 08816
(212) 897-5832
Fax: (917) 456-9387
federalecf@gmail.com